```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
EVELYN MARIA TESEN SALAS,                              :
                                                       :
                              Petitioner,              :
                                                       :         25-CV-10719
              -against-                                :
                                                       :    ORDER TO SHOW CAUSE
KENNETH GENALO,                                        :
                                                       :
                              Respondent.              :
                                                       :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of a petition for a writ of habeas corpus filed by Margaret Young, next friend of Petitioner,[1] under 28 U.S.C. § 2241. Petitioner's next friend states that, upon information and belief, the Petitioner[2] is currently being held at 26 Federal Plaza, New York, NY. (Petition at 2.) The Court received the Petition at approximately 8:40 p.m. after it had been purportedly filed. It is hereby ORDERED that:

1. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.[3]

2. Petitioner shall not be transferred except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this court

---

[1] A petition for a writ of *habeas corpus* may be brought either "by the person for whose relief it is intended or by someone acting in his [or her] behalf." 28 U.S.C. § 2242.

[2] Petitioner's next friend represents that Petitioner's A-number is A-241947769. (Petition at 2.)

[3] *See, e.g.*, *Loc. 1814, Int'l Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction." (internal quotation marks omitted)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *Khalil v. Joyce*, No. 25-CV-1935 (S.D.N.Y. Mar. 10, 2025) (Doc. 9) (barring the government from removing petitioner from the United States until the Court could address his claim); *Kuprashvili v. Flanagan*, No. 25-CV-5268, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the court's jurisdiction).

in light of Petitioner's interests in participating in further proceedings before this Court and maintaining adequate access to legal counsel through these proceedings.[4]

3. The parties shall attend an initial telephonic case conference on Monday, December 29, 2025 at 10:00 a.m. ET. The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835. There is no attendee ID. The parties should be prepared to address venue, under what statutory provision petitioner is being detained under, and provide additional details about Petitioner's detention, such as Petitioner's A-number and any other accompanying documents.

4. Respondent shall show cause, pursuant to 28 U.S.C. § 2243, why the Petition for Writ of Habeas Corpus should not be granted, by January 2, 2026.

5. Petitioner shall have the opportunity to file a reply by January 9, 2026.

6. This matter shall be scheduled for a hearing upon completion of briefing by the parties.

7. By December 26, 2025, Petitioner is directed to serve Respondent with a copy of the Habeas Petition and accompanying papers, along with a copy of this Order and promptly file proof of such service on the docket. In the meantime, the Habeas Petition and this Order will be emailed to the Civil Division of the U.S. Attorney's Office for the Southern District of New York at the following email addresses: Jeffrey.Oestericher@usdoj.gov; pierre.armand@usdoj.gov; and christine.poscablo@usdoj.gov.

8. If Petitioner seeks electronic filing privileges, she must fill out the Consent to Electronic Service Form, which is available on the webpage titled Representing Yourself in Federal Court (Pro Se) on the Southern District of New York's website, https://nysd.uscourts.gov/prose.

SO ORDERED.

Dated:   December 24, 2025
         New York, New York

_____
Vernon S. Broderick
United States District Judge

---

[4] *See Samb v. Joyce*, No. 25-CV-6373 (S.D.N.Y. Aug. 4, 2025) (Doc. 3) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).