UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                          :

EVELYN MARIA TESEN SALAS,      :

                                            :

                  Petitioner,   :

                                            :                25-CV-10719

        -against-         :

                                            :                **ORDER**

KENNETH GENALO,              :

                                          :

                  Respondent.  :

                                          :

-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I held an initial conference in this matter on December 29, 2025.  In accordance with my comments during the initial conference, it is hereby:

ORDERED that, before **January 2, 2026**, the parties meet and confer to discuss whether venue is proper in the Southern District of New York and submit letter briefing on venue and the other issues discussed in the initial conference.

Dated:      December 29, 2025
            New York, New York

                                          Vernon S. Broderick
                                          United States District Judge