UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN MARIA TESEN SALAS,

                  Petitioner,

-against-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT AND U.S. DEPARTMENT
OF HOMELAND SECURITY,

                  Respondents.

**ORDER**
25-cv-10719 (ER)

EDGARDO RAMOS, United States District Judge:

Evelyn Maria Tesen Salas ("Petitioner") has, through next friend Margaret Young, filed a Petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 on December 24, 2025. Doc. 1. Petitioner, through *pro bono* counsel, informed the Court on December 29, 2025 that the parties met and conferred to discuss whether venue is proper in this district and address other issues discussed in the initial conference. Doc. 8 at 1. In the letter, the parties informed the Court that the Government does not challenge venue in this case and that Petitioner's counsel intends to file an Amended Petition. The Court, having examined the original Petition, and the parties' joint letter dated December 29, 2025, hereby ORDERS that:

(1) Petitioner shall file the Amended Petition by January 9, 2026;

(2) Respondents shall file an answer to the Amended Petition by January 20, 2026; and

(3) Petitioner shall file any reply by January 26, 2026.

**To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.** *See, e.g.*, *Khalil v. Joyce*, 25-cv-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Department of Homeland Security*, No. 25-cv-0644 (OAW), 2025

WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

SO ORDERED.

Dated:   December 30, 2025
           New York, New York

_____
EDGARDO RAMOS
United States District Judge