

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

February 16, 2026

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re: *Salas v. U.S. Immigration and Customs Enforcement, et al.*
         Docket No. 25-cv-10719 (ER)

Dear Judge Ramos:

      This Office represents the respondents in the above-referenced immigration habeas corpus action brought by Evelyn Maria Tesen Salas ("Petitioner"). I write jointly with Petitioner to update the Court regarding certain recent developments. On January 27, 2026, U.S. Immigration and Customs Enforcement ("ICE") released Petitioner from the facility where she was detained and transported her to a shelter, the Annunciation House, in El Paso, Texas. Ms. Salas then traveled back to New York, arriving late on January 28, 2026. ICE also issued Petitioner an Order of Supervision dated January 27, 2026 (the "OSUP," attached hereto as Exhibit A) setting for certain conditions of Ms. Salas' recent release. Among other conditions, the OSUP requires Petitioner's "enrollment and successful participation in an Alternatives to Detention (ATD) program." Ex. A at 1. It also requires Petitioner to "report in person" to ICE at 26 Federal Plaza, New York, NY 10278, on Friday, February 27, 2026. *Id.* at 1, 5.

      In light of Petitioner's release, the parties jointly respectfully request that the Court stay this proceeding so that they can negotiate a possible resolution without the need for further Court intervention. If acceptable to the Court, the parties will submit a joint status letter by March 30, 2026.

      We thank the Court for its attention to this matter.

> The request for a stay is granted. The parties are hereby ordered to submit a joint status letter by March 30, 2026.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: February 17, 2026
> New York, New York

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: */s/ Dana Walsh Kumar*
    DANA WALSH KUMAR
    Assistant United States Attorney
    (212) 637-2741

    Counsel for Respondents


**HOPPIN LEGAL PLLC**

By: */s/ Margaret B. Hoppin*
    Margaret B. Hoppin, Principal
    11 Hanover Square, Ste. 1405
    New York, NY 10005
    (917) 310-3864

    *Pro Bono* Counsel for Petitioner

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No.: 241 947 769

Name: **TESEN SALAS, EVELYN MARIA**

Date: **January 27, 2026**

On **April 24, 2024**, you were ordered:
(Date of Final Order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☒ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☒ That you do not travel outside **New York** for more than 48 hours without first having notified this
(Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.

☒ That you report in person on **02/27/2026 9:00 AM** to this agency office at:
(Date/Time)

See I-831

(Reporting Address)

☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

*If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____          BOOTH, B-8759 - SDDO
(Signature of ICE Official)                    (Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the **SPANISH** language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

FERNANDEZ, D10102

Deportation Officer
(Signature of ICE Official Serving Order)                Refused to Sign (Signature of Alien)

01/27/2026
(Date)

ICE Form I-220B (10/20)                                                                 Page 1 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (CONTINUATION PAGE)

| Alien Name | | |
|---|---|---|
| TESEN SALAS, EVELYN MARIA | | |
| File Number | Date | |
| 241 947 769 | January 27, 2026 | |
| Alien's Signature: X Refused to Sign | | |
| Alien's Telephone Number (if any) | | |
| (516) 748-2536 | | |
| Alien's Address | | |
| 40-33 74th STREET | | |
| QUEENS   NEW YORK   11373 | | |

Picture

Right Index Print

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |

Signature: FERNANDEZ, D10102

Title: Deportation Officer

ICE Form I-220B (10/20)

Page 2 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (ADDENDUM)

File No.: 241 947 769

Name: TESEN SALAS, EVELYN MARIA

Date: January 27, 2026

- [■] That you do not associate with know gang members, criminal associates, or be associated with any such activity.
- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.
- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.
- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.
- [■] That you do not commit any crimes while on this Order of Supervision.
- [ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.
- [■] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.
- [■] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.
- [■] That you provide ICE with written responses from the Embassy or Consulate regarding your request.
- [■] Any violation of the above conditions will result in revocation of your employment authorization document.
- [■] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.
- [■] Other:

    You are restricted from visiting any ICE detention center upon your release from custody on this order. Should you need to visit someone at any ICE detention center you will need to first obtain authorization from the Officer in Charge or the Assistant Field Office Director of the facility.

X _Refused to sign_
  Alien's Signature

ICE Form I-220B (10/20)

Page 3 of 5

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (OUTPROCESSING CHECKLIST)

### All Aliens

- [ ] Probation/Parole Officer Notified
- [ ] Obtain address where living and telephone number
- [ ] Enter into IDENT
- [x] NCIC Check
- [ ] Travel Document Application

### Sex Offenders

- [ ] Probation/Parole Officer Notified
- [ ] Registered as sex-offender as required by state statute within 7 days
- [ ] Victim/Witness Coordinator Notified
- [ ] Victim/Witness Notified
- [ ] Written Proof of Counseling

### Substance Abusers

- [ ] Probation/Parole Officer Notified
- [ ] Written Proof of Counseling

| Completed By | |
|---|---|
| ICE Official<br>FERNANDEZ, D10102 | Date<br>01/27/2026 |

| Concurrence By | |
|---|---|
| Supervisory ICE Official<br>BOOTH, B-8759 | Date<br>01/27/2026 |

U.S. Department of Homeland Security                           Continuation Page for Form I-220B

| Alien's Name | File Number | Date |
|---|---|---|
| TESEN SALAS, EVELYN MARIA | 241 947 769<br>Event No: NYC2612003222 | 01/27/2026 |

LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
26 Federal Plaza
New York City, NY 10278
212-436-9315

| Signature | Title |
|---|---|
| FERNANDEZ, D10102 | Deportation Officer |

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)