# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**EVELYN MARIA TESEN SALAS**,

*Petitioner-Plaintiff,*

v.

**KENNETH GENALO**, New York Field Office Director, Immigration and Customs Enforcement, et al.,

*Respondents-Defendants.*

Case No. 1:25-CV-10719 (ER)

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner-Plaintiff Evelyn Maria Tesen Salas, by and through her undersigned counsel, hereby voluntarily dismisses the above-captioned action, including all claims asserted in the Amended Verified Emergency Petition for Writ of Habeas Corpus and Complaint (ECF No. 11). Respondents-Defendants have not served an answer or a motion for summary judgment in this action. Dismissal is therefore effective upon the filing of this Notice, without further Court order. *See* Fed. R. Civ. P. 41(a)(1)(B).

This Notice of Voluntary Dismissal is without prejudice to all of Petitioner's rights, claims, and arguments, including but not limited to any future habeas or other proceeding challenging any future detention or removal.

Respectfully submitted,

Dated: March 29, 2026
New York, NY

/s/ *Margaret B. Hoppin*
Margaret B. Hoppin
Hoppin Legal PLLC
14 Hanover Sq., Ste. 1405
New York, NY 10005

*Counsel for Petitioner-Plaintiff Evelyn Maria Tesen Salas*

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: March 30, 2026
New York, New York